PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Jose Anchondo                                      Case Number:  4:23CR00423-001
Alias(es): AKA Joseluis Anchondo; AKA Jose Luis Anchondo

Name of Sentencing Judicial Officer:  Honorable David Counts, U.S. District Judge

Date of Original Sentence:  February 27, 2024

Original Offense:  Transporting Illegal Aliens for Financial Gain, in violation of 8 USC § 1324(a)(1)(A)(ii) & 8 USC § 1324(B)(i)

Original Sentence:    4 months imprisonment; 3 years supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  July 17, 2024

### PREVIOUS COURT ACTION

None

### PETITIONING THE COURT

☐ To extend the term of supervision 0 years, for a total of 0 years.
☒ To modify the conditions of supervision as follows:

The defendant shall pay a $1,500 fine at a rate of no less than $100 monthly, due by the tenth business day of each month beginning August 2024.

CAUSE

Jose Anchondo, the defendant, has been court ordered to pay a $1,500 fine and he has agreed to pay monthly installments of $100.

A payment schedule is to be ordered by the Court in compliance with United States v. Albro, 32F.3d 173(5th Cir. 1994).

On July 18, 2024, Anchondo waived his statutory rights to a hearing to modify the conditions of supervised release by endorsing the attached PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release.

Approved:                                                    Respectfully submitted,

_____              _____
Kara Foster                                                 Julio Estrada
Supervising U.S. Probation Officer              Senior U. S. Probation Officer
Telephone:  432-685-0303                           Telephone:  432-837-3578 ext. 6016
                                                                    Date: July 19, 2024

cc:    Gregory McDonald
        Assistant U.S. Attorney

THE COURT ORDERS:

☐  No action.

☐  The extension of supervision as noted above.

☒  The modification of conditions as noted above.

☐  Other_____

_____
Honorable David Counts
U.S. District Judge

_____
July 22, 2024
Date

PROB 49
(3/89)

# United States District Court

<u>   Western   </u> District of <u>     Texas     </u>

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall pay a $1,500 fine at a rate of no less than $100 a month, due by the tenth business day of each month beginning August 2024.

_____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

_____7-18-2024_____
(Date)